UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>             Plaintiff,<br><br>      v.<br><br>G. MARQUEZ, et al.,<br><br>             Defendants. | No.  2:24-cv-1194 DJC SCR P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed August 14, 2024, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the filing fee within fourteen days if he wished to proceed with this case.  Plaintiff was advised that failure to pay the filing fee would result in dismissal of this case.

Fourteen days have passed and Plaintiff has not paid the filing fee or otherwise responded to the Court's August 14 order.  Accordingly, IT IS HEREBY ORDERED that

1. This case is dismissed without prejudice; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1