UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MARQUEZ, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-1194 DJC SCR P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  On August 14, 2024, District Judge Calabretta denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the $405 filing fee within fourteen days or the court would dismiss the case.  (ECF No. 13.)  When plaintiff did not pay the filing fee, Judge Calabretta dismissed the case on October 24, 2024 and the case was closed.  (ECF No. 15.)  Plaintiff recently filed another motion to proceed in forma pauperis.  (ECF No. 17.)  Because this case is closed, it will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 12, 2024 motion to proceed in forma pauperis (ECF No. 17.)  is denied.

Dated: November 22, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE